IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20870
Conference Calendar
_____

CHRISTOPHER J. MURPHY,

                                    Plaintiff-Appellant,

versus

S.O. WOODS, Jr.; J.R.
PETERSON, Warden; R.D.
BOYD; J. SIMETAL; J.A.
SIMPSON, Jr.,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 93-2540
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Christopher J. Murphy argues that the district court abused its discretion in dismissing his 42 U.S.C. § 1983 complaint as frivolous.

    We have reviewed the record, the reasons given by the district court for the dismissal of the complaint at the conclusion of the Spears[**] hearing, and Murphy's brief, and we

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

    [**] Spears v. McCotter, 766 F.2d 179 (5th Cir. 1985).

determine that the dismissal of the complaint as frivolous should be affirmed substantially for the reasons stated by the district court.

AFFIRMED.